NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROME A. MAHER AND JOHN R. GRAVEE,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5130

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-012, Senior Judge John P. Wiese.

---

## ON MOTION

---

## ORDER

The appellee moves without opposition for an extension of time, until January 28, 2011, to file its brief.

Accordingly,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**DEC** 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John O. Tuohy, Esq.
Vincent D. Phillips, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK